___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

NOTE CHANGES MADE BY THE COURT.

FILED
CLERK, U.S. DISTRICT COURT

06-12-03
12 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR 98-428 (A)-AHM |
| v. | |
| William Lee Cranston | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

William Lee Cranston
*Name of Party*

☐ Plaintiff ☒ Defendant ☐ Other _____

hereby substitutes __William Lee Cranston_____ who is

☐ Retained Counsel ☐ Court Appointed Counsel ☒ Pro Per  __535 North Alameda Street__
*Street Address*

__Los Angeles, California 90012__
*City, State, Zip Code*     *Telephone Number*     *Facsimile Number*     *State Bar Number*

as attorney of record in the place and stead of __The Chase Law Group, PC__
*Present Attorney*

Dated: __6-11-03__        _____
                         *Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: __6-11-03__        _____
                         *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: _____        _____
                              *Signature of New Attorney*

Substitution of Attorney is hereby ☐ Approved. ☒ Denied.

Absent a hearing, Court will not permit a criminal defendant to proceed pro se.

Dated: __6/12/03__        _____
                         United States District Judge / ~~Magistrate Judge~~

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

SUBSTITUTION OF ATTORNEY

G-01 (08/02)

JUN 12 2003

192

1 | PROOF OF SERVICE

2 |     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the
3 | within action. My business address is 4181 Sunswept Drive, Studio City, CA 91604.

4 |

5 |     On June 11, 2003, I served the foregoing document described as **SUBSTITUTION OF ATTORNEY** on the following:

6 | Steven J. Olson
   Assistant United States Attorney
7 | United States Courthouse
   312 North Spring Street
8 | Los Angeles, CA 90012

9 |

10 |   __X__  (BY MAIL) I placed true copies of the foregoing document in sealed envelopes addressed as stated on the attached service list. I placed each such envelope, with postage thereon
11 | fully prepaid, for collection and mailing at The Chase Law Group, Los Angeles, California. I am readily familiar with The Chase Law Group's practice for collection and processing of
12 | correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the
13 | United States Postal Service on that same day in the ordinary course of business.

14 |
  _____  (BY FAX) I caused the foregoing document to be served by facsimile transmission to the number indicated above.
15 |

16 |   _____  By Personal Service.

17 |     Executed on June 11, 2003 Studio City, California.

18 |     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

19 |

20 | MICHAEL LAMPERT            [signature]
   Name                        Signature
21 |

22 |

23 |

24 |

- 1 -